Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARTH NORMAN MAY,<br><br>Defendant. | DOCKET NO. 6:15-mj-006-MJS<br><br>**STATEMENT OF ALLEGED VIOLATION(S) OF PRE-TRIAL RELEASE CONDITIONS and ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Garth Norman MAY, was arrested December 18, 2014, in Yosemite National Park and charged with twenty counts in a criminal complaint: Count 1-19: Failing to crate, cage, or restrain a pet; and Count 20: Creating a nuisance upon private lands in park jurisdiction. MAY plead not guilty February 3, 2015. On February 24, 2015, the Yosemite Legal Office notified this Court that MAY had violated the terms of his release by failing to crate or leash his dogs. On March 4, 2015, a hearing was held regarding the pre-trial release violations. MAY stipulated that the dogs were off leash. This Court ordered the following conditions of release in addition to the standard conditions of release: obey all laws, do not allow pets to be off leash or unrestrained outside, and the dogs are to be on a leash or tied to an anchor in the backyard if left alone. The Government alleges Garth Norman MAY has violated the following

condition(s) of his pre-trial release:

CHARGE ONE:     FAILURE TO OBEY ALL LAWS

MAY was ordered to obey all laws while on pre-trial release. On April 15, 2015, a neighbor called in for help as one of MAY's dogs was off leash and on the neighbor's property.

CHARGE TWO:     FAILURE TO RESTRAIN PETS

MAY was ordered to keep his pets on leash or restrained at all times when the pets were outside. On April 15, 2015, a neighbor of MAY's observed one of MAY's dogs off leash in and around the neighbor's property.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Garth Norman May*, 6:15-mj-006-MJS, be put back on calendar for April 28, 2015, at 10:00 a.m.

Dated: April 20, 2015               By: /s/ Matthew McNease
                                    Matthew McNease
                                    Acting Legal Officer
                                    Yosemite National Park, CA

## ORDER

Good cause appearing, Defendant Garth May shall appear at the Yosemite Court House, April 28, 2015, at 10:00 AM, and answer to the claim that he has failed to comply with the terms of his release pending trial and to show cause why he should not be held in contempt or otherwise sanctioned for his alleged failure to comply with this Court's Orders.

IT IS SO ORDERED.

Dated:   April 20, 2015                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

`