HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
GARTH MAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GARTH MAY,<br><br>　　　　　　Defendant. | Case No.  6:15-mj-00006-MJS<br><br>STIPULATION AND ORDER TO VACATE PROBATION REVOCATION HEARING AND SET CHANGE OF PLEA AND SENTENCING HEARING<br><br>DATE:　July 28, 2015<br>TIME:　10:00 a.m.<br>JUDGE: Hon. Michael J. Seng |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the probation revocation hearing currently set for June 25, 2015 be vacated and that a change of plea and sentencing hearing be set for July 28, 2015, at 10:00 a.m.

　　　　The defense is no longer seeking to contest the petition for revocation of probation and has engaged in plea negotiations with the government, which are ongoing.  Mr. May is requesting a mental health evaluation in order to assist the parties in arriving at an agreeable sentence and to fully inform the court of any mitigating circumstances in this case. In order to arrange for and complete the evaluation, at least 30 days will be needed. Therefore, the parties have agreed to a change of plea and sentencing hearing date of July 28, 2015, or as soon thereafter as the court is available.

　　　　The requested vacation of the revocation hearing and setting of a future date for change of plea and sentencing by stipulation of the parties will conserve time and resources for all

parties and the court.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: June 16, 2015        By:    */s/ Matthew McNease*
                                        MATTHEW MC NEASE
                                        Acting Legal Officer
                                        National Park Service
                                        Yosemite National Park


                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: June 16, 2015        By:    */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GARTH MAY

## **O R D E R**

    Good cause appearing, the above STIPULATION VACATE THE REVOCATION HEARING AND TO SET A HEARING FOR CHANGE OF PLEA AND SENTENCING in Case No. 6:15-mj-00006-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

    Dated:  June 16, 2015                            /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE