# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**GARTH MAY** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: **6:15MJ006-001** |
| Date of Original Judgment:   **May 19, 2015**<br>(Or Date of Last Amended Judgment) | Defendant's Attorney: Megan Hopkins, Appointed |

**Reason for Amendment:**

[ ] Correction of Sentence on Remand (Fed R. Crim. P. 35(a))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(c))

[ ] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [ ] Modification of Restitution Order

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)   **1,2,8,10, 12, 14, 15 & 19**   of the Complaint.

[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):
**See next page.**

     The defendant is sentenced as provided in pages 2 through  **3**  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).

[✓] Count (s)   **3,4,5,6,7,9,11,13,16,17,18 &20**   are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.                    [✓] Appeal rights waived.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**5/19/2015**
Date of Imposition of Judgment
/s/ Michael J. Seng
Signature of Judicial Officer
**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer
6/26/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 1 - Amended Judgment in a Criminal Case        (NOTE: Identify Changes with Asterisks*)

DEFENDANT: **GARTH MAY**  
CASE NUMBER: **6:15MJ006-001**

Page 2 of 3

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR §2.15 (a)(2) | Fail to crate, cage, restrain on a leash which shall not exceed six feet in length, or otherwise physically confine pet at all times. | April, 2014 | One |
| 36 CFR §2.15 (a)(2) | Fail to crate, cage, restrain on a leash which shall not exceed six feet in length, or otherwise physically confine pet at all times. | April 23, 2014 | Two |
| 36 CFR §2.15 (a)(2) | Fail to crate, cage, restrain on a leash which shall not exceed six feet in length, or otherwise physically confine pet at all times. | August, 2014 | Eight |
| 36 CFR §2.15 (a)(2) | Fail to crate, cage, restrain on a leash which shall not exceed six feet in length, or otherwise physically confine pet at all times. | August 25, 2014 | Ten |
| 36 CFR §2.15 (a)(2) | Fail to crate, cage, restrain on a leash which shall not exceed six feet in length, or otherwise physically confine pet at all times. | August 29, 2014 | Twelve |
| 36 CFR §2.15 (a)(2) | Fail to crate, cage, restrain on a leash which shall not exceed six feet in length, or otherwise physically confine pet at all times. | November 14, 2014 | Fifteen |
| 36 CFR §2.15 (a)(2) | Fail to crate, cage, restrain on a leash which shall not exceed six feet in length, or otherwise physically confine pet at all times. | October 18, 2014 | Fourteen |
| 36 CFR §2.15 (a)(2) | Fail to crate, cage, restrain on a leash which shall not exceed six feet in length, or otherwise physically confine pet at all times. | December 18, 2014 | Nineteen |

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**GARTH MAY**  
CASE NUMBER:**6:15MJ006-001**

Page 3 of 3

## PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>Eighteen Months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.

2. The Defendant shall pay a fine of $___ and a special assessment of $80.00 for a total financial obligation of $80.00, which shall be paid at the rate of ___, per month commencing on ___, and each month thereafter by the 15th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.  
    2500 Tulare Street, Rm 1501  
    Fresno, CA 93721

3. The Defendant is ordered to personally appear for a Probation Review Hearing on October 19, 2016 at 10:00 am before U.S. Magistrate Judge Michael J. Seng, in Yosemite. If conditions of probation are met, Review Hearing will be vacated.

4. The Defendant shall complete _160_ hours of community service. The Defendant shall perform and complete the community service hours at no less than ten hours monthly, commencing on July 31, 2015. Defendant shall provide monthly proof of community service hours completed to the National Park Service.

5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6. Other: Defendant shall forfeit possession and control of Annie and Alice and not have them with him anywhere in Yosemite National Park during the eighteen month term of probation.