Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GARTH MAY,<br><br>            Defendant. | DOCKET NO: 6:15-mj-006-MJS<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GOVERNMENT OPPOSITON TO DEFENDANT'S MOTION TO STRIKE**<br><br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the filing deadline for the Government's Opposition to Defendant's Motion to Strike, currently set on July 27, 2015, **be continued** to August 10, 2015.  In order to properly prepare an Opposition, the Government needs to obtain and review the hearing transcripts referenced in Defendant's moving papers.  The Government expects to receive transcripts in the next couple days and can then work on its Opposition.

Currently the matter is scheduled for a Plea and Sentencing hearing on July 28, 2015, at 10:00 a.m. The parties hereby request that hearing be changed to a Plea only hearing, and Sentencing be set out until August 18, 2015, at 10:00 a.m. or until such

time as this Court issue a decision on Defendant's motion.

Respectfully submitted,

Dated: July 27, 2015          /S/ Matthew McNease
Matthew McNease
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

Dated: July 27, 2015          /S/ Megan T. Hopkins
Megan T. Hopkins
Assistant Federal Defender
Attorneys for Defendant
ANTONIO BLAZQUEZ

## ORDER

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the Government Opposition to Defendant's Motion to Strike is now due August 10, 2015 and the plea and sentencing hearing in this matter currently scheduled for July 27, 2015 shall be limited to a Change of Plea hearing.

IT IS SO ORDERED.

Dated:   July 28, 2015          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28