1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   MEGAN T. HOPKINS, Bar #294141
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    GARTH MAY

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.:  6:15-MJ-00006 MJS
                                       )
12              Plaintiff,             )   STIPULATION TO STRIKE WITNESS
                                       )   TESTIMONY AND JUDICIALLY NOTICED
13   vs.                               )   FACTS FROM THE JUNE 10th, 2015 HEARING
                                       )   FROM THE RECORD; ORDER
14   GARTH MAY,                        )
                                       )
15              Defendant.             )   Judge:  Hon. Michael J. Seng
                                       )
16   _____ )

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through their

19   respective counsel that the testimony of Terry Morrow and all judicially noticed facts taken at

20   the June 10th, 2015 hearing should be stricken from the record.

21        The defendant intends to withdraw the motion to strike the same upon the granting of this

22   stipulation.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1     Respectfully submitted,

2     HEATHER E. WILLIAMS
      Federal Defender

3

4     Dated:  July 30, 2015          */s/ Megan T. Hopkins*
                                     MEGAN T. HOPKINS
5                                    Assistant Federal Defender
                                     Attorneys for Defendant
6                                    GARTH MAY

7

8     Dated:  July  30, 2015         */s/ Matthew McNease*
                                     MATTHEW MCNEASE
9                                    Yosemite Legal Officer
                                     Attorney for Plaintiff

10

11                            **ORDER**

12

13        Good cause appearing, the above STIPULATION TO STRIKE WITNESS'

14    TESTIMONY AND JUDICIALLY NOTICED FACTS FROM THE JUNE 10th, 2015

15    HEARING FROM THE RECORD in case No. 5:15-MJ-00006-MJS is hereby accepted and

16    adopted as the Order of this Court, **provided that** the witness is made available to testify in

17    connection with sentencing on the probation violation in this case.

18

19    IT IS SO ORDERED.

20

21        Dated:    August 4, 2015          /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

May – Stipulation to Strike Testimony and          -2-
Judicially Noticed Facts