HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
GARTH MAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  6:15-mj-00006-MJS |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER <br> ) TO CONTINUE SENTENCING HEARING |
| vs. | ) DATE:   September 1, 2015 |
| GARTH MAY, | ) TIME:    10:00 a.m. <br> ) JUDGE: Hon. Michael J. Seng |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing currently scheduled for August 19, 2015, may be continued to September 1, 2015, at 10:00 a.m.

   The parties are engaged in ongoing negotiations for a proposed sentence at this time, and will benefit from additional time to come to an agreement.  Furthermore, the defense lead attorney is not available on August 19, 2015 due to the Sacramento office of the federal defender coverage of the Yosemite Calendar that week.

   The requested continuance of the sentencing hearing will conserve time and resources for all parties and the court.

/ / /

/ / /

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 12, 2015 |   | By: | */s/ Matthew McNease*<br>MATTHEW MC NEASE<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 12, 2015 |   | By: | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorney for Defendant<br>GARTH MAY |

# **O R D E R**

Good cause appearing, the above STIPULATION TO CONTINUE SENTENCING in Case No. 6:15-mj-00006-MJS is hereby accepted and adopted as the Order of this Court. The Court's previous Order that the witness who testified at the June 10, 2015 hearing be made available to testify in connection with sentencing on the probation violation remains in effect for the continued sentencing hearing.

IT IS SO ORDERED.

Dated:   August 12, 2015                    /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28